*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. POMBRIO, | No. C 09-2333 RMW (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| GOVERNOR A. SCHWARZENEGGER, et al., | |
| Defendants. | |

The court has dismissed this pro se civil rights complaint without prejudice. A judgment of dismissal without prejudice is entered. Plaintiff shall take nothing by way of his complaint. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Pombrio333jud.wpd